# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MD SHAKILUR RAHMAN, an Individual, )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>FEDEX CORPORATE SERVICES, a )<br>subsidiary of FEDEX Corporation a )<br>Delaware Corporation, )<br>   Defendant. ) | No. 2:24-cv-2950-SHL-cgc |

## ORDER OF RECUSAL

The Court hereby recuses itself in this matter and respectfully returns this file to the Clerk of Court for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED,** this 4th day of December, 2024.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                CHIEF UNITED STATES DISTRICT JUDGE